BROCORIS REALTY CORPORATION and Others, Appellants, v. VILLAGE OF SCARS-
DALE and Another, Respondents.— Order granting defendants' motion to dismiss
complaint and directing judgment, and the judgment entered thereon, reversed
on the law, with ten dollars costs and disbursements, and motion denied, with
ten dollars costs, with leave to defendants to answer within ten days from the
entry of the order herein. The village had no right to violate its ordinance by
the erection of a general municipal garage. (*O'Brien* v. *Town of Greenburgh*,
239 App. Div. 555.) The building having been erected and the appeal having
been unreasonably delayed until long after its erection, the plaintiffs will be entitled
to recover only such damages as they may be able to show resulted from the exist-
ence of a nuisance in fact. Lazansky, P. J., Tompkins and Davis, JJ., concur;
Young and Kapper, JJ., dissent and vote to affirm.

LOUIS CASAGRANDE and Another, Respondents, v. AMERICAN EAGLE FIRE
INSURANCE COMPANY OF NEW YORK, Appellant.— Judgment unanimously affirmed,
with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell
and Scudder, JJ.

LOUIS CASAGRANDE and Another, Respondents, v. GLENS FALLS INSURANCE
COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion.
Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

LOUIS CASAGRANDE and Another, Respondents, v. THE HOME INSURANCE
COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion.
Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

LOUIS CASAGRANDE and Another, Respondents, v. MILWAUKEE MECHANICS'
INSURANCE COMPANY OF MILWAUKEE, WISCONSIN, Appellant. — Judgment
unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J.,
Kapper, Hagarty, Carswell and Scudder, JJ.

LOUIS CASAGRANDE and Another, Respondents, v. NEW HAMPSHIRE FIRE
INSURANCE COMPANY OF MANCHESTER, Appellant.— Judgment unanimously
affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty,
Carswell and Scudder, JJ.